WILLIAM GADLOWSKI, Respondent, v. WEST VIRGINIA
PULP AND PAPER COMPANY, Appellant.

*Gadlowski* v. *West Virginia Pulp & Paper Co.*, 136 App. Div.
903, affirmed.

(Argued January 26, 1912; decided February 13, 1912.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the third judicial department, entered
January 14, 1910, affirming a judgment in favor of plain-
tiff entered upon a verdict in an action to recover for per-
sonal injuries alleged to have been sustained by plaintiff
through the negligence of defendant, his employer.

*Benjamin P. Wheat, George E. Nelson* and *Edgar T.*
*Brackett* for appellant.

*John Scanlon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD
BARTLETT, HISCOCK and CHASE, JJ.   Absent: GRAY, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. FRANCIS G. BAILEY, Appellant.

*People* v. *Bailey*, 146 App. Div. 880, affirmed.

(Submitted January 29, 1912; decided February 13, 1912.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
July 7, 1911, which affirmed a judgment of a Trial Term
rendered upon a verdict convicting the defendant of the
crime of grand larceny in the first degree.

*Clark L. Jordan* for appellant.

*Charles S. Whitman, District Attorney (Robert C.*
*Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD
BARTLETT, HISCOCK, CHASE and COLLIN, JJ.